GENERAL REFRACTORIES COMPANY,
Appellant,

v.

Willie J. DUNCAN et al., Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Howard Vanantwerp, III, William H. Jones, Jr., Caldwell, Vanantwerp, Welch & Hughes, Ashland, for appellant.

Alvin B. Trigg, Job D. Turner, III, Wallace, Turner & Trigg, Lexington, Thomas L. Ferreri, Kentucky Department of Labor, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

Gaylon FIKE, Appellant,

v.

Harold E. BLACK, Superintendent, Kentucky State Reformatory, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Anthony M. Wilhoit, Public Defender, Kathleen McCabe, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM. Affirming.*

James R. YOCOM, Commissioner, Department of Labor and Custodian of Special Fund, Appellants,

v.

Bud BLANTON et al., Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Earl M. Cornett, General Counsel, William F. Gadd, Asst. Counsel, Department of Labor, Frankfort, for appellants.

Albert A. Burchett, Martin, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Joseph Thomas CRAIG, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Anthony M. Wilhoit, Public Defender, Kathleen McCabe, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.